| | |
|---|---|
| 1 | DLA PIPER RUDNICK GRAY CARY US LLP |
| | MATTHEW S. COVINGTON (SBN: 154429) |
| 2 | JAMIE S. PETERSON (SBN: 191261) |
| | 153 Townsend Street, Suite 800 |
| 3 | San Francisco, CA 94107-1957 |
| | Telephone: (415) 836-2500 |
| 4 | Facsimile: (415) 836-2501 |
| 5 | Attorneys for Plaintiffs |
| | SAFE Financial LLC, a Delaware limited |
| 6 | liability company, and SSC Service Corp., |
| | a California corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAFE FINANCIAL LLC, a Delaware limited liability company, and SSC SERVICE CORP., a California corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PERIMETER SECURITY SOLUTIONS, L.L.C., a Georgia limited liability company, and ROBERT H. SMITH, an individual, <br><br> Defendants. | Case No. C 04-04084 MJJ ARB <br><br> **STIPULATION TO CONTINUE DEADLINE TO COMPLETE MEDIATION AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Date: August 16, 2005 <br> Time: 2:00 p.m. <br> Place: Courtroom 11, 19th Floor <br> Judge: Hon. Martin J. Jenkins |

The parties to the above-entitled action jointly submit this Stipulation and request the Court to adopt it as its Order in this case.

Pursuant to the Court's March 15, 2005 Pretrial Order and ADR Local Rule 6-4(b), the deadline to conduct a mediation was June 14, 2005, and a further Case Management Conference is scheduled for August 16, 2005. However, due to scheduling conflicts involving counsel, the parties, and the mediator, the parties were unable to conduct the mediation by June 14, 2005. The parties have agreed to participate in a mediation on September 13, 2005 at 10:00 a.m. Since conducting a further Case Management Conference prior to the mediation would be premature, the parties also agree to a continuance of the further Case Management Conference to a convenient date in October 2005.

STIPULATION FOR CONTINUANCE  -1-
~SANF1:315742.v1

| | | |
|---|---|---|
| 1 | DATED: June 21, 2005 | DLA PIPER RUDNICK GRAY CARY US LLP |
| 2 | | |
| 3 | | By: /s/ Jamie Peterson |
| 4 | | Jamie S. Peterson<br>Attorneys for Plaintiffs |
| 5 | | SAFE Financial LLC, a Delaware limited liability company, and SSC Service Corp., a California |
| 6 | | corporation |
| 7 | DATED: June __, 2005 | VALINOTI & DITO |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Kenneth L. Valinoti<br>Attorneys for Defendants |
| 11 | | Perimeter Security Solutions, a Georgia limited liability company, and Robert H. Smith |
| 12 | | |
| 13 | DATED: June __, 2005 | LAW OFFICES OF MARCUS D. MERCHASIN |
| 14 | | |
| 15 | | By: _____<br>Marcus D. Merchasin |
| 16 | | Attorneys for Third-Party Defendant<br>Dean Cromer |

## CASE MANAGEMENT ORDER

The parties shall participate in and complete their mediation no later than September 16, 2005. The further Case Management Conference in this action, currently scheduled for August 16, 2005, is hereby continued to October __, 2005, at 2 p.m. in Courtroom 11.

IT IS SO ORDERED.

DATED: _____

Hon. MARTIN J. JENKINS
United States District Court Judge

| | | |
|---|---|---|
| 1 | DATED: June __, 2005 | DLA PIPER RUDNICK GRAY CARY US LLP |

By: _____
Jamie S. Peterson
Attorneys for Plaintiffs
SAFE Financial LLC, a Delaware limited liability company, and SSC Service Corp., a California corporation

DATED: June 21, 2005      VALINOTI & DITO

By: _____
Kenneth L. Valinoti
Attorneys for Defendants
Perimeter Security Solutions, a Georgia limited liability company, and Robert H. Smith

DATED: June __, 2005      LAW OFFICES OF MARCUS D. MERCHASIN

By: _____
Marcus D. Merchasin
Attorneys for Third-Party Defendant
Dean Cromer

## CASE MANAGEMENT ORDER

The parties shall participate in and complete their mediation no later than September 16, 2005. The further Case Management Conference in this action, currently scheduled for August 16, 2005, is hereby continued to October __, 2005, at 2 p.m. in Courtroom 11.

IT IS SO ORDERED.

DATED: _____     _____
Hon. MARTIN J. JENKINS
United States District Court Judge

| | | |
|---|---|---|
| 1 | DATED: June __, 2005 | DLA PIPER RUDNICK GRAY CARY US LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Jamie S. Peterson<br>Attorneys for Plaintiffs |
| 5 | | SAFE Financial LLC, a Delaware limited liability company, and SSC Service Corp., a California corporation |
| 6 | | |
| 7 | DATED: June __, 2005 | VALINOTI & DITO |

By: _____
Kenneth L. Valinoti
Attorneys for Defendants
Perimeter Security Solutions, a Georgia limited liability company, and Robert H. Smith

DATED: June 20, 2005    LAW OFFICES OF MARCUS D. MERCHASIN

By: _____
Marcus D. Merchasin
Attorneys for Third-Party Defendant
Dean Cromer

## CASE MANAGEMENT ORDER

The parties shall participate in and complete their mediation no later than September 16, 2005. The further Case Management Conference in this action, currently scheduled for August 16, 2005, is hereby continued to October 18, 2005, at 2 p.m. in Courtroom 11.

IT IS SO ORDERED.

DATED: 6/23/2005                    /s/
_____
Hon. MARTIN J. JENKINS
United States District Court Judge

[APPROVED — Judge Martin J. Jenkins, United States District Court, Northern District of California]