Kenneth L. Valinoti, Esq. (SBN 118442)
VALINOTI & DITO, LLP
180 Montgomery Street, Suite 940
San Francisco, California 94104-4223
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
Email: kvalinoti@valinoti-dito.com

Attorneys for Defendants
PERIMETER SECURITY SOLUTIONS, LLC and
ROBERT H. SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAFE FINANCIAL LLC, a Delaware limited liability company, and SSC SERVICE CORP., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PERIMETER SECURITY SOLUTIONS, L.L.C., a Georgia limited liability company, and ROBERT H. SMITH, an individual,<br><br>Defendants. | Case No. C 04-4084 MJJ<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE TO NOVEMBER 1, 2005 |

IT IS SO ORDERED that the Status Conference heretofore set for October 25, 2005 be continued to November 1, 2005 at 2:00 p.m. in Department 11.

DATED: 10/25/2005

_____
Hon. Martin J. Jenkins
United States District Court Judge

-1-
[Proposed] Order to Continue Status Conference
Case No.: C 04-4084 MJJ