E-filing

1  DLA PIPER RUDNICK GRAY CARY US LLP
   MATTHEW S. COVINGTON (SBN: 154429)
2  JAMIE S. PETERSON (SBN: 191261)
   153 Townsend Street, Suite 800
3  San Francisco, CA 94107-1957
   Telephone: (415) 836-2500
4  Facsimile: (415) 836-2501

5  Attorneys for Plaintiffs
   SAFE Financial LLC, a Delaware limited
6  liability company, and SSC Service Corp.,
   a California corporation
7

FILED
FEB 27 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

11

12  SAFE FINANCIAL LLC, a Delaware limited        Case No. C 04-04084 MJJ
    liability company, and SSC SERVICE CORP.,
13  a California corporation,                     STIPULATION AND [PROPOSED]
                                                  ORDER TO AMEND PRETRIAL ORDER
14              Plaintiffs,
                                                  Date:  No Hearing Pending
15       vs.
                                                  Place: Courtroom 11, 19th Floor
16  PERIMETER SECURITY SOLUTIONS,                 Judge: Hon. Martin J. Jenkins
    L.L.C., a Georgia limited liability company, and
17  ROBERT H. SMITH, an individual,

18              Defendants.

19       The parties to the above-entitled action jointly submit this Stipulation and request the

20  Court to adopt it as its Order in this case.

21       Pursuant to the Court's November 1, 2005 Pretrial Order, the following deadlines

22  have been set for this action:

23       Non-Expert Discovery Cutoff:    February 28, 2006
         Designation of Experts:          March 31, 2006
24       Expert Reports:                  April 14, 2006
         Designation of Rebuttal Experts: May 5, 2006
25       Rebuttal Expert Reports:         May 5, 2006
         Expert Discovery Cutoff:         May 15, 2006
26       Dispositive Motions:             May 16, 2006
         Pretrial Conference:             July 11, 2006, 3:30 pm
27       Trial Date:                      July 17, 2006, 8:30 am

28

STIPULATION TO AMEND PRETRIAL ORDER     - 1 -
SANF1\340039.1
309213-7

1    In December, plaintiffs noticed the depositions of Robert Smith and Richard McCall
2    (members of defendant Perimeter), and another witness for mid-January 2006. These depositions
3    were subsequently rescheduled for January 30 and 31, 2006 to accommodate defense counsel's
4    vacation. However, on the evening of Friday, January 27, 2006, counsel for the defendants
5    contacted plaintiffs' counsel and advised that his witnesses would not be appearing at the depositions
6    on Monday.

7    Due to the upcoming discovery cutoff date (February 28, 2006), plaintiffs were
8    prepared to quickly move to compel the depositions and seek sanctions, but plaintiffs refrained from
9    submitting a joint letter regarding this dispute to the Court while the parties engaged in additional
10   settlement discussions. To date, these settlement discussions have been unsuccessful.

11   Recently, counsel for the defendants advised plaintiffs' counsel that Perimeter (and
12   possibly Mr. Smith) may file for bankruptcy if the parties cannot reach a settlement. Counsel for the
13   defendants may also file a motion seeking to withdraw as counsel for the defendants.

14   In light of these events, the parties jointly request that the court continue the non-
15   expert discovery cutoff date by one month to permit the parties additional time to, among other
16   things, conduct percipient witness discovery. This continuance will also permit the parties sufficient
17   time to either consummate a settlement, or permit the Perimeter and/or Mr. Smith to file (or not file)
18   for bankruptcy, and permit counsel for the defendants to seek to withdraw as counsel. Without the
19   continuance, the upcoming discovery cutoff will force both parties to engage in motion practice and
20   conduct discovery that may prove unnecessary.

21   Therefore, the parties request that the non-expert discovery cutoff be continued to
22   March 31, 2006.

23   DATED: February 16, 2006          DLA PIPER RUDNICK GRAY CARY US LLP

25                                     By: /s/ Jamie Peterson
26                                         Jamie S. Peterson
                                           Attorneys for Plaintiffs
27                                         SAFE Financial LLC, a Delaware limited liability
                                           company, and SSC Service Corp., a California
28                                         corporation

STIPULATION TO AMEND PRETRIAL ORDER          -2-
SANF1\340039.1
309213-7

DATED: February 16, 2006

VALINOTI & DITO

By: _____
Kenneth L. Valinoti
Attorneys for Defendants
Perimeter Security Solutions, a Georgia limited liability company, and Robert H. Smith

## CASE MANAGEMENT ORDER

The Stipulation and Proposed Order is hereby adopted by the Court. The November 1, 2006 Pretrial Order for the case is amended to state that the non-expert discovery cutoff date shall be March 31, 2006.

IT IS SO ORDERED.

DATED: 2/27/2006

_____
Hon. MARTIN J. JENKINS
United States District Court Judge

STIPULATION TO AMEND PRETRIAL ORDER      - 3 -
SANF1\340039.1
309213-7