UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFE FINANCIAL LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERIMETER SECURITY<br>SOLUTIONS LLC, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C- 04-04084 MJJ (EDL)<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties to this matter having advised the Court of the filing of Defendants' Notice of Bankruptcy, it is hereby ORDERED that the Settlement Conference set for June 1, 2006 is VACATED.

Dated: May 17, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge