IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFE FINANCIAL LLC, et al., | No. C-04-4084 MJJ |
| Plaintiffs, | **ORDER RE STATUS STATEMENT** |
| v. | |
| PERIMETER SECURITY SOLUTIONS LLC, et al., | |
| Defendants. | |

Upon reviewing the docket in this matter, the Court notes that there has been a period of inactivity. To apprise the Court of any recent development and to ensure the progress and resolution of this matter, the Court directs the parties to file a joint statement detailing the current status of this action. The parties shall file the statement within seven business days of the filing date of this Order. If, upon reviewing the parties' statement, the Court finds a status hearing necessary, it will contact the parties with the hearing date and time.

**IT IS SO ORDERED.**

Dated:  8/7/2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE