IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAFE FINANCIAL LLC ET AL,　　　　　　　　No.　C04-04084 MJJ

　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

　v.

PERIMETER SECURITY SOLUTIONS LLC ET AL,

　　　　Defendant.
                                              /

　　　Defendants Perimeter Security Solutions, LLC and Robert H. Smith and Third-Party Defendant Dean Cromer in the above-entitled matter having failed to respond to the Court's Order Re: Status Statement entered on August 7, 2007, and Plaintiffs having filed a "Status Conference Statement and Request For Dismissal" in compliance with that Order,

　　　The Court hereby issues an **ORDER TO SHOW CAUSE** why the Complaint should not be dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2), and the Third Party Complaint dismissed with prejudice for failure to prosecute pursuant to Federal Rules of Civil Procedure 41(b), with all parties to bear their own fees and costs..

　　　If Defendants and Third Party-Defendant fail to file a written response to this order to show cause by **Friday, September 7, 2007**, the Complaint and Third Party Complaint will be dismissed in the manner set forth above.

　　　**IT IS SO ORDERED.**

Dated: August 31, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge