1  DLA PIPER US LLP
   MATTHEW S. COVINGTON (SBN: 154429)
2  ANDREW E. SAXON (SBN: 227344)
   153 Townsend Street, Suite 800
3  San Francisco, CA 94107-1957
   Telephone: (415) 836-2500
4  Facsimile: (415) 836-2501

5  Attorneys for Plaintiffs
   SAFE Financial LLC, a Delaware limited
6  liability company, and SSC Service Corp.,
   a California corporation
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 SAFE FINANCIAL LLC, a Delaware limited          Case No. C 04-04084 MJJ
   liability company, and SSC SERVICE CORP.,
13 a California corporation,                       [PROPOSED] ORDER

14          Plaintiffs,

15     vs.

16 PERIMETER SECURITY SOLUTIONS,
   L.L.C., a Georgia limited liability company, and
17 ROBERT H. SMITH, an individual,

18          Defendants.

19     And Third-Party Complaint

20          Pursuant to Rule 41(a)(2) and 41(b) of the Federal Rules of Civil Procedure, and at

21 the Plaintiffs' request, it is ordered as follows: All claims asserted by Plaintiffs SAFE Financial

22 LLC, a Delaware limited liability company, and SSC Service Corp, a California corporation, in this

23 action are hereby dismissed without prejudice, and all claims asserted by Perimeter against Dean

24 Cromer are dismissed without prejudice for failure to prosecute. All parties shall bear their own

25 costs and attorneys' fees.

26          IT IS SO ORDERED.

27 DATED: 9/19/2007                              _____
                                                 Hon. [signature: Martin J. Jenkins]
28                                               Judge Martin J. Jenkins

DLA PIPER US LLP
SAN FRANCISCO

PROPOSED ORDER                                   - 1 -
SANF1\376891.1